IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Cody Judy,<br><br>                Plaintiff,<br><br>vs.<br><br>Carver, et al,<br><br>                Defendant. | ORDER OF REFERENCE<br><br>Civil No. 2:00cv513 B |

IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(B) and the rules of this Court, the above entitled case is referred to the magistrate judge. The magistrate judge is directed to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

DATED this 4 day of August, 2000.

BY THE COURT:

Dee Benson

DEE BENSON
United States District Judge

5

United States District Court
for the
District of Utah
August 8, 2000

kam

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:00-cv-00513

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Cody Robert Judy
    UTAH STATE PRISON
    PO BOX 250
    DRAPER, UT  84020

    Correction Section (FYI)
    UTAH ATTORNEY GENERAL'S OFFICE
    LITIGATION UNIT
    160 E 300 S 6TH FL
    PO BOX 140856
    SALT LAKE CITY, UT  84114-0856