IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CODY ROBERT JUDY, ) | |
| ) | |
| Plaintiff, ) | Case No. 00-C-513 B |
| ) | |
| v. ) | FILED IN UNITED STATES DISTRICT COURT DISTRICT OF UTAH |
| ) | |
| SCOTT CARVER, et al., ) | O R D E R |
| ) | SEP 2 2 2000 |
| Defendants. ) | MARKUS B. ZIMMER, Clerk |
| | By _____ DEPUTY CLERK |

Cody Robert Judy has filed a prisoner's motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915(b) and a complaint pursuant to 42 U.S.C. § 1983.

Pursuant to 42 U.S.C. § 1997e(a)(1), plaintiff may not bring this action "until such administrative remedies as are available are exhausted." Plaintiff has failed to submit a statement from the grievance coordinator at the Utah State Prison certifying that plaintiff has fully exhausted his administrative remedies. Thus, plaintiff has not complied with this requirement. This court no longer has the option to stay actions while prisoners exhaust such remedies. See 42 U.S.C. § 1997e(a).

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's complaint be dismissed without prejudice. Plaintiff will not be charged a filing fee in connection with this case. The Clerk of the Court should return any money paid by plaintiff as a partial filing

fee.  When and if plaintiff properly exhausts his administrative remedies, he may refile the case.

DATED this 21ST day of September, 2000.

DEE BENSON, CHIEF JUDGE
United States District Court

                                                                    kam
                    United States District Court
                              for the
                         District of Utah
                       September 25, 2000


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:00-cv-00513


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Cody Robert Judy
      UTAH STATE PRISON
      PO BOX 250
      DRAPER, UT   84020

      Correction Section (FYI)
      UTAH ATTORNEY GENERAL'S OFFICE
      LITIGATION UNIT
      160 E 300 S 6TH FL
      PO BOX 140856
      SALT LAKE CITY, UT   84114-0856